NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JUAN MANUEL TOLANO, *Petitioner*.

No. 1 CA-CR 18-0857 PRPC
FILED 7-16-2019

Petition for Review from the Superior Court in Maricopa County
No.  CR 2014-133407-001
The Honorable Annielaurie Van Wie, Judge *Pro Tem*

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Andrea L. Kever
*Counsel for Respondent*

Juan Manuel Tolano, Tucson
*Petitioner*

## MEMORANDUM DECISION

Presiding Judge Michael J. Brown, Judge Jon W. Thompson, and Judge
Kenton D. Jones delivered the decision of the Court.

**PER CURIAM**:

**¶1**        Petitioner Juan Manuel Tolano seeks review of the superior
court's order denying his petition for post-conviction relief, filed pursuant
to Arizona Rule of Criminal Procedure 32.1.   This is petitioner's first
petition.

**¶2**        Absent an abuse of discretion or error of law, this court will
not disturb a superior court's ruling on a petition for post-conviction relief.
*State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to
show that the superior court abused its discretion by denying the petition
for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011)
(petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior
court's order denying the petition for post-conviction relief, and the petition
for review.   We find that petitioner has not established an abuse of
discretion.

**¶4**        For the foregoing reasons, we grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA